STEINWAY BUILDING CO., INC., Respondent, v. GEORGE PAXINOS, Defendant;

Constantine S. Brocoum, Appellant.— Motion for stay granted on consent. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.